*The American Life Insurance and Trust Co.* v. *William W. Mumford et al.* J. V. L. PRUYN, for complainants; M. T. REYNOLDS, for defendants. Order of the vice chancellor affirmed with costs.

*Alexander E. Hosack, et al., ex'rs. &c.,* v. *Nehemiah Rogers et al.* S. STEVENS, for applicants; A. G. ROGERS, for defendant N. Rogers. Application that executor bring money into court. Motion denied, with $15 costs. But executor ordered to assign and deliver the Neapolitan indemnity certificate to the assistant register, to be deposited in the New-York Life Insurance and Trust Company.